UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD MITCHELL,<br><br>  Petitioner,<br><br>v.<br><br>M. J. BAYLESS,<br><br>  Respondent. | Case No. 25-cv-00521-JPG |

**MEMORANDUM AND ORDER**

This case is before the Court after Petitioner Donald Mitchell failed to comply with a court order. On September 9, 2025, Respondent M. J. Bayless filed a Motion for Order to Show Cause (Doc. 20). In the motion, Respondent asked the Court to issue an order to show cause because Petitioner had been released from BOP custody for more than fourteen days and had failed to notify the Court of his change of address. Petitioner was reminded of this obligation in four separate orders the Court has entered in this case. The Court granted the motion and ordered Petitioner to show cause on or before October 10, 2025, why the Court should not dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with court rules (Doc. 21). Petitioner was warned that, if he failed to respond to the order to show cause, the Court may dismiss this case with prejudice pursuant to Rule 41(b). The deadline has passed, and Petitioner has not responded to the Court's order nor asked for an extension of time. Therefore, the Court DISMISSES this case with prejudice and DIRECTS the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**:   October 31, 2025

                              s/ J. Phil Gilbert

        **J. PHIL GILBERT**
        **United States District Judge**