UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD MITCHELL,<br><br>  Petitioner,<br><br>v.<br><br>M. J. BAYLESS,<br><br>  Respondent. | Case No. 25-cv-00521-JPG |

## JUDGMENT

This matter having come before the Court and the petitioner having failed to prosecute this action and to comply with a court order,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: October 31, 2025**               MONICA A. STUMP, Clerk of Court

                                          **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **United States District Judge**